In the Matter of the Estate of BREWER D. PHILLIPS, Deceased.

BANK OF JAMESTOWN, as Executor of BREWER D. PHILLIPS, Deceased, et al., Appellants; LEWIS C. MERRILL, as Administrator of the Estate of ANNA H. M. PHILLIPS, Deceased. Respondent.

Submitted January 9, 1945; decided January 16, 1945.

Motion by respondent for reargument denied, with ten dollars costs and necessary printing disbursements. [See 293 N. Y. 483.]

SIGURD REVHEIM et al., Appellants and Respondents, v. SAMUEL B. SHANKMAN et al., Respondents and Appellants.

Submitted January 8, 1945; decided January 16, 1945.

Motion by plaintiffs-appellants and respondents for reargument denied, with ten dollars costs and necessary printing disbursements. [See 293 N. Y. 850.]

CHARLES CHAPLIN, Suing on Behalf of Himself and All Other Stockholders of United Artists Corporation Similarly Situated, Respondent, v. DAVID O. SELZNICK et al., Defendants, and DAVID O. SELZNICK PRODUCTIONS, INC., et al., Defendants-Appellants.

Submitted January 8, 1945; decided January 16, 1945.

Motion by defendant-appellant Vanguard Films, Inc., for reargument denied, with ten dollars costs and necessary printing disbursements. [See 293 N. Y. 529.]